```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


JOEY HEASLET, PETER J. HALL and    )
BLAKE BURRIS,                      )   2:05-cv-01807-GEB-DAD
                                   )
              Plaintiffs,          )   ORDER
                                   )
     v.                            )
                                   )
MED-TRANS CORPORATION, dba         )
MED-TRANS AEROMEDICAL CORPORATION, )
a North Dakota Corporation,        )
                                   )
              Defendant.           )
_____)
```

This action should have been removed to the Fresno division of this district. See L.R. 3-120(b). The Clerk of the Court shall therefore reassign this case to a judge in the Fresno Division for further proceedings. Any dates currently set in this reassigned case are vacated.

IT IS SO ORDERED.

DATED: December 5, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1