UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY HEASLET, PETER HALL, and BLAKE BURRIS,<br><br>         Plaintiff,<br><br>   v.<br><br>MED-TRANS CORPORATION, etc.,<br><br>         Defendant | 1:05-cv-1557 OWW LJO<br><br>ORDER DISMISSING ACTION<br>PURSUANT TO STIPULATION |

Pursuant to the stipulation submitted by the parties, this action is ordered dismissed with prejudice. IT IS SO ORDERED.

Dated:   December 2, 2006            /s/ Oliver W. Wanger
emm0d6                               UNITED STATES DISTRICT JUDGE

1